## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Paul J. Barker
Attorney at Law
218 Willow Street
Lockport LA 70374

Wilford B. Vangure
Louisiana State Penitentiary DOC No. 472801
Camp D, Raven 3/L #13
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on December 1, 2021

**REHEARING ACTION: December 1, 2021**

**Docket Number: 19   00458-KW**

**STATE OF LOUISIANA**
**VERSUS**
**WILFORD B. VANGURE**
**A/K/A WILFRED VANGURE**
**A/K/A WILFRED B. VANGURE**

**Writ Application from Lafayette Parish Case No. 121534, 122085**

<u>**BEFORE JUDGES**</u>**:**

   **Hon. Sylvia R. Cooks**
   **Hon. Elizabeth A. Pickett**
   **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the ruling on the application for rehearing filed by **Wilford B. Vangure** is:

   **REHEARING DENIED**.  *See* Uniform Rules—Courts of Appeal, Rule 2-18.7.

cc: Cynthia K. Simon, Counsel for  the Respondent
    Donald Dale Landry, Counsel for  the Respondent
    Paul J. Barker, Counsel for the Applicant